Robert E. Burroughs, Centerville, Emmett Colvin, Jr., Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**Landon Raymond COMPTON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 38057.**

Court of Criminal Appeals of Texas.

March 17, 1965.

DICE, Commissioner.

The conviction is under Art. 802, Vernon's Ann.P.C., for the offense of driving a motor vehicle upon a public highway while intoxicated, with punishment assessed at a fine of $50.

The minimum punishment for such offense under the provisions of Art. 802, supra, is three days in jail and a fine of $50.

The punishment assessed, being less than the minimum provided by law, requires a reversal of the conviction. Compian v. State, Tex.Cr.App., 363 S.W.2d 468.

The judgment is reversed and the cause is remanded.

Opinion approved by the Court.